**EXHIBIT 1**

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| August 21, 2015 10:56:01 AM CDT | 00000000 | 388 | 12 | Received |

Case 2:15-cv-08165-AB-AS   Document 1-1   Filed 10/16/15   Page 2 of 13   Page ID #:13

Aug 21 15 09:04a    Karpel                                    00000000                      p.1

AW024
9027A

**ROSS & MORRISON**
Gary B. Ross (SBN 121691)
Andrew D. Morrison (SBN 144216)
315 S. Beverly Drive, Suite 410
Beverly Hills, CA 90212
Ph.: 310.285.0391; Fax: 310.285.6083
www.rossandmorrison.com
Attorneys for Plaintiff

**FILED**
Superior Court Of California
County Of Los Angeles

AUG 07 2015

Judith K. Carter, Executive Officer/Clerk
By _____, Deputy
   Paul So

DBA Gregory Alarcon

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

| | |
|---|---|
| M.M., an individual, | CASE NO. **BC590557** |
| Plaintiff, | **COMPLAINT** |
| v. | 1. VIOLATION OF LAB CODE § 432.7 |
| WALGREEN CO., a corporation; and DOES 1-100, | 2. VIOLATION B&P CODE § 17200 |
| Defendants. | 3. PRIVATE ATTORNEYS GENERAL ACT (LABOR CODE §2998 ET SEQ.) |
| | **DEMAND FOR JURY TRIAL** |

CASE SUMMARY. On January 1, 2014 Labor Code § 432.7 was amended to prohibit employers from inquiring into, or utilizing any information "concerning a conviction that has been judicially dismissed." Plaintiff had a conviction which was judicially dismissed on July 3, 2014. On August 1, 2014, plaintiff began employment with defendant and filled out application. Defendant learned of plaintiff's conviction through a background check, and on or around August 14, 2014, advised plaintiff that he was being terminated because of this conviction. Plaintiff explained that his conviction had been dismissed, but defendant refused to change its decision, thus violating Labor Code § 432.7. Plaintiff alleges:

1

COMPLAINT

complaint.wpdun

## IDENTIFICATION OF PARTIES

1. Plaintiff is an individual residing in Los Angeles County, California, suing as "M.M." to protect his identity (see <u>Starbucks Corp. v. Sup. Ct</u> (2008) 168 Cal. App. 4th 1436, 1452).

2. Defendant Walgreen Co., and/or related/successor entity(ies), including Walgreens Boots Alliance, Inc., "Walgreens" and/or "Walgreens Co.," is/are corporation(s) doing business in Los Angeles County, California.

3. The true names and capacities of the defendants named as Does 1 through 100 are presently unknown to plaintiff. Plaintiff will amend to substitute the names of such defendants when known. Plaintiff is informed and believes, and based thereon alleges, that each of the Doe defendants was responsible for the events and damages alleged herein, including that defendant(s) were the agents or employees of one or more of the remaining defendants, and in doing the acts herein alleged, was acting within the course and scope of such agency and employment, or otherwise liable. The named and Doe defendants are sometimes collectively referred to as "defendant."

4. On information and belief, there exists, and at all relevant times there has existed, a unity of ownership and interest between defendants, such that any individuality and separateness between said defendants has ceased, and each of the defendants is the alter ego of the other; and adherence to the fiction of separate existence of the defendants would permit an abuse of the corporate privilege and would sanction fraud and promote injustice.

/ / /

COMPLAINT

complaint.wpdun

FACTS COMMON TO ALL CAUSES OF ACTION

5. On or about July 3, 2014 plaintiff had a criminal conviction judicially dismissed pursuant to 1203.4 of the Penal Code.

6. On or about August 1, 2014, plaintiff began working for defendant at its store in Redondo Beach, California (Store #6904). As part of the hiring process, plaintiff filled out a job application, which, on information and belief, sought impermissible information regarding judicially dismissed convictions.

7. On information and belief, on or around August 8, 2014, defendant learned of plaintiff's conviction through a background check, Work Order #42031970.

8. On or around August 14, 2014, defendant advised plaintiff that he was being terminated because of his conviction. Plaintiff explained that his conviction had been dismissed, but defendant refused to change its decision.

9. Defendant's termination of plaintiff caused plaintiff to suffer harm, including, without limitation, lost past and future earnings, damage to career path, and other economic loss, in an amount to be proven at trial.

10. Defendant's termination of plaintiff caused plaintiff to suffer psychological and emotional distress, in an amount to be proven at trial.

11. Defendant's conduct was despicable, cruel, unjust and done with a conscious disregard of plaintiff's rights, such as to constitute oppression, fraud or malice under Civil Code Section 3294.

### FIRST CAUSE OF ACTION

Violation of Lab. Code § 432.7, et seq.

12. Paragraphs 1 through 11 are incorporated.

13. Defendant's conduct violated section 432.7 of the Labor Code, as amended on January 1, 2014, including, without limitation, by:

    a. Asking plaintiff, and/or other job applicants or employees on and after January 1, 2014, to disclose, through any written form and/or verbally, information concerning a conviction that has been judicially dismissed, including pursuant to 1203.4 of the Penal Code;

    b. Seeking from third party sources on or after January 1, 2014, information regarding a conviction that has been judicially dismissed, including pursuant to 1203.4 of the Penal Code, regarding plaintiff and/or other job applicants or employees; and/or

    c. Utilizing a conviction that has been judicially dismissed, including pursuant to 1203.4 of the Penal Code, as a factor in determining any condition of employment, including hiring, for plaintiff, and/or other job applicants or employees on and after January 1, 2014.

### SECOND CAUSE OF ACTION

Violation of Business and Professions Code § 17200

14. Paragraphs 1 through 13 are incorporated.

15. Defendant's conduct, as alleged, constitutes an unlawful, and/or deceptive business practice in violation of Business and Professions Code §§ 17200, et seq.

/ / /

THIRD CAUSE OF ACTION

Private Attorneys General Act (Labor Code §2998 et seq.)

16. Paragraphs 1-15 are incorporated.

17. In addition to the foregoing, plaintiff seeks to recover civil penalties on behalf of all current and former employees and/or applicants of defendant for any provision of the Labor Code as defined in Labor Code § 2699(a), including all penalties with respect to any and all applicable Sections of the Labor Code set forth in Labor Code § 2699.5, specifically, including, without limitation, Labor Code § 432.7.

18. <u>Exhaustion of administrative remedies</u>. On August 6, 2015, plaintiff sent a timely written notice via certified mail to the Labor and Workforce Development Agency ("LWDA") of the contents of this claim. Plaintiff reserves the right amend this claim to allege notice/response from the LWDA.

WHEREFORE, plaintiff prays for judgment as follows:

1. Compensatory damages, according to proof;
2. Punitive damages, according to proof;
3. Injunctive relief, including, without limitation, precluding defendant from (a) making inappropriate job inquiries, (b) obtaining inappropriate information, and/or (c) utilizing such information in violation of Labor Code § 432.7;
4. All applicable penalties including, without limitation, pursuant to Labor Code § 432.7(c);
5. Prejudgment interest;
6. Costs of suit including attorneys fees (including, without limitation, pursuant to Lab. Code § 432.7(c)); and

7. Such other and further relief as proper.

August 6, 2015            ROSS & MORRISON

                          By: _____
                              Gary B. Ross
                              Andrew D. Morrison
                              Attorneys for Plaintiff

DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury in this action.

August 6, 2015            ROSS & MORRISON

                          By: _____
                              Gary B. Ross
                              Andrew D. Morrison
                              Attorneys for Plaintiff

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Andrew D. Morrison, Esq. (SBN 144216)<br>Ross & Morrison<br>315 S. Beverly Dr., Ste. 410<br>Beverly Hills, CA 90212<br>TELEPHONE NO.: 310.285.0391    FAX NO.: 310.285.6083<br>ATTORNEY FOR (Name): Plaintiff | **FILED**<br>Superior Court Of California<br>County Of Los Angeles<br><br>**AUG 07 2015**<br><br>_____ Carter, Executive Officer/Clerk<br>By_____, Deputy<br>Paul So |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES<br>  STREET ADDRESS: 111 North Hill Street<br>  MAILING ADDRESS:<br>  CITY AND ZIP CODE: Los Angeles 90012<br>  BRANCH NAME: Stanley Mosk | |

**CASE NAME:**
M.M. v. WALGREEN CO., etc., et al.

| CIVIL CASE COVER SHEET<br>[✓] Unlimited   [ ] Limited<br>(Amount   (Amount<br>demanded   demanded is<br>exceeds $25,000)   $25,000 or less) | Complex Case Designation<br>[ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | CASE NUMBER:<br>**BC590557**<br>JUDGE:<br>DEPT: |
|---|---|---|

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation |
|---|---|---|
| [ ] Auto (22) | [ ] Breach of contract/warranty (06) | (Cal. Rules of Court, rules 3.400–3.403) |
| [ ] Uninsured motorist (46) | [ ] Rule 3.740 collections (09) | [ ] Antitrust/Trade regulation (03) |
| **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort** | [ ] Other collections (09) | [ ] Construction defect (10) |
| [ ] Asbestos (04) | [ ] Insurance coverage (18) | [ ] Mass tort (40) |
| [ ] Product liability (24) | [ ] Other contract (37) | [ ] Securities litigation (28) |
| [ ] Medical malpractice (45) | **Real Property** | [ ] Environmental/Toxic tort (30) |
| [ ] Other PI/PD/WD (23) | [ ] Eminent domain/Inverse condemnation (14) | [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41) |
| **Non-PI/PD/WD (Other) Tort** | [ ] Wrongful eviction (33) | **Enforcement of Judgment** |
| [ ] Business tort/unfair business practice (07) | [ ] Other real property (26) | [ ] Enforcement of judgment (20) |
| [ ] Civil rights (08) | **Unlawful Detainer** | **Miscellaneous Civil Complaint** |
| [ ] Defamation (13) | [ ] Commercial (31) | [ ] RICO (27) |
| [ ] Fraud (16) | [ ] Residential (32) | [ ] Other complaint *(not specified above)* (42) |
| [ ] Intellectual property (19) | [ ] Drugs (38) | **Miscellaneous Civil Petition** |
| [ ] Professional negligence (25) | **Judicial Review** | [ ] Partnership and corporate governance (21) |
| [ ] Other non-PI/PD/WD tort (35) | [ ] Asset forfeiture (05) | [ ] Other petition *(not specified above)* (43) |
| **Employment** | [ ] Petition re: arbitration award (11) | |
| [ ] Wrongful termination (36) | [ ] Writ of mandate (02) | |
| [✓] Other employment (15) | [ ] Other judicial review (39) | |

2. This case [ ] is  [✓] is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties    d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel    e. [ ] Coordination with related actions pending in one or more courts
       issues that will be time-consuming to resolve           in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence      f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a.[✓] monetary   b.[✓] nonmonetary; declaratory or injunctive relief   c.[✓] punitive
4. Number of causes of action *(specify):* 3
5. This case [✓] is   [ ] is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: August 7, 2015
Andrew D. Morrison
      (TYPE OR PRINT NAME)                                                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courtinfo.ca.gov |
|---|---|---|

American LegalNet, Inc.
www.FormsWorkflow.com

| SHORT TITLE: M.M. v. WALGREEN CO., etc., et al. | CASE NUMBER BC590557 |
|---|---|

## CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION
## (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

This form is required pursuant to Local Rule 2.0 in all new civil case filings in the Los Angeles Superior Court.

Item I. Check the types of hearing and fill in the estimated length of hearing expected for this case:

JURY TRIAL? ☑ YES   CLASS ACTION? ☐ YES   LIMITED CASE? ☐ YES   TIME ESTIMATED FOR TRIAL 2   ☐ HOURS/ ☑ DAYS

Item II. Indicate the correct district and courthouse location (4 steps – If you checked "Limited Case", skip to Item III, Pg. 4):

**Step 1:** After first completing the Civil Case Cover Sheet form, find the main Civil Case Cover Sheet heading for your case in the left margin below, and, to the right in Column A, the Civil Case Cover Sheet case type you selected.

**Step 2:** Check **one** Superior Court type of action in Column B below which best describes the nature of this case.

**Step 3:** In Column C, circle the reason for the court location choice that applies to the type of action you have checked. For any exception to the court location, see Local Rule 2.0.

### Applicable Reasons for Choosing Courthouse Location (see Column C below)

1. Class actions must be filed in the Stanley Mosk Courthouse, central district.
2. May be filed in central (other county, or no bodily injury/property damage).
3. Location where cause of action arose.
4. Location where bodily injury, death or damage occurred.
5. Location where performance required or defendant resides.
6. Location of property or permanently garaged vehicle.
7. Location where petitioner resides.
8. Location wherein defendant/respondent functions wholly.
9. Location where one or more of the parties reside.
10. Location of Labor Commissioner Office

**Step 4:** Fill in the information requested on page 4 in Item III; complete Item IV. Sign the declaration.

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| Auto Tort | Auto (22) | ☐ A7100  Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1., 2., 4. |
| | Uninsured Motorist (46) | ☐ A7110  Personal Injury/Property Damage/Wrongful Death – Uninsured Motorist | 1., 2., 4. |
| Other Personal Injury/Property Damage/Wrongful Death Tort | Asbestos (04) | ☐ A6070  Asbestos Property Damage<br>☐ A7221  Asbestos - Personal Injury/Wrongful Death | 2.<br>2. |
| | Product Liability (24) | ☐ A7260  Product Liability (not asbestos or toxic/environmental) | 1., 2., 3., 4., 8. |
| | Medical Malpractice (45) | ☐ A7210  Medical Malpractice - Physicians & Surgeons<br>☐ A7240  Other Professional Health Care Malpractice | 1., 4.<br>1., 4. |
| | Other<br>Personal Injury<br>Property Damage<br>Wrongful Death<br>(23) | ☐ A7250  Premises Liability (e.g., slip and fall)<br>☐ A7230  Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, vandalism, etc.)<br>☐ A7270  Intentional Infliction of Emotional Distress<br>☐ A7220  Other Personal Injury/Property Damage/Wrongful Death | 1., 4.<br>1., 4.<br>1., 3.<br>1., 4. |

LACIV 109 (Rev. 03/11)         **CIVIL CASE COVER SHEET ADDENDUM**         Local Rule 2.0
LASC Approved 03-04             **AND STATEMENT OF LOCATION**              Page 1 of 4

| SHORT TITLE: M.M. v. WALGREEN CO., etc., et al. | | CASE NUMBER |
|---|---|---|

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| **Non-Personal Injury/ Property Damage/ Wrongful Death Tort** | Business Tort (07) | ☐ A6029  Other Commercial/Business Tort (not fraud/breach of contract) | 1., 3. |
| | Civil Rights (08) | ☐ A6005  Civil Rights/Discrimination | 1., 2., 3. |
| | Defamation (13) | ☐ A6010  Defamation (slander/libel) | 1., 2., 3. |
| | Fraud (16) | ☐ A6013  Fraud (no contract) | 1., 2., 3. |
| | Professional Negligence (25) | ☐ A6017  Legal Malpractice<br>☐ A6050  Other Professional Malpractice (not medical or legal) | 1., 2., 3.<br>1., 2., 3. |
| | Other (35) | ☐ A6025  Other Non-Personal Injury/Property Damage tort | 2., 3. |
| **Employment** | Wrongful Termination (36) | ☐ A6037  Wrongful Termination | 1., 2., 3. |
| | Other Employment (15) | ☑ A6024  Other Employment Complaint Case<br>☐ A6109  Labor Commissioner Appeals | 1., 2., 3.<br>10. |
| **Contract** | Breach of Contract/ Warranty (06)<br>(not insurance) | ☐ A6004  Breach of Rental/Lease Contract (not unlawful detainer or wrongful eviction)<br>☐ A6008  Contract/Warranty Breach -Seller Plaintiff (no fraud/negligence)<br>☐ A6019  Negligent Breach of Contract/Warranty (no fraud)<br>☐ A6028  Other Breach of Contract/Warranty (not fraud or negligence) | 2., 5.<br>2., 5.<br>1., 2., 5.<br>1., 2., 5. |
| | Collections (09) | ☐ A6002  Collections Case-Seller Plaintiff<br>☐ A6012  Other Promissory Note/Collections Case | 2., 5., 6.<br>2., 5. |
| | Insurance Coverage (18) | ☐ A6015  Insurance Coverage (not complex) | 1., 2., 5., 8. |
| | Other Contract (37) | ☐ A6009  Contractual Fraud<br>☐ A6031  Tortious Interference | 1., 2., 3., 5.<br>1., 2., 3., 5. |

| SHORT TITLE: M.M. v. WALGREEN CO., etc., et al. | CASE NUMBER |
|---|---|

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| Judicial Review | Asset Forfeiture (05) | ☐ A6108  Asset Forfeiture Case | 2., 6. |
| | Petition re Arbitration (11) | ☐ A6115  Petition to Compel/Confirm/Vacate Arbitration | 2., 5. |
| | Writ of Mandate (02) | ☐ A6151  Writ - Administrative Mandamus<br>☐ A6152  Writ - Mandamus on Limited Court Case Matter<br>☐ A6153  Writ - Other Limited Court Case Review | 2., 8.<br>2.<br>2. |
| | Other Judicial Review (39) | ☐ A6150  Other Writ /Judicial Review | 2., 8. |
| Provisionally Complex Litigation | Antitrust/Trade Regulation (03) | ☐ A6003  Antitrust/Trade Regulation | 1., 2., 8. |
| | Construction Defect (10) | ☐ A6007  Construction Defect | 1., 2., 3. |
| | Claims Involving Mass Tort (40) | ☐ A6006  Claims Involving Mass Tort | 1., 2., 8. |
| | Securities Litigation (28) | ☐ A6035  Securities Litigation Case | 1., 2., 8. |
| | Toxic Tort Environmental (30) | ☐ A6036  Toxic Tort/Environmental | 1., 2., 3., 8. |
| | Insurance Coverage Claims from Complex Case (41) | ☐ A6014  Insurance Coverage/Subrogation (complex case only) | 1., 2., 5., 8. |
| Enforcement of Judgment | Enforcement of Judgment (20) | ☐ A6141  Sister State Judgment<br>☐ A6160  Abstract of Judgment<br>☐ A6107  Confession of Judgment (non-domestic relations)<br>☐ A6140  Administrative Agency Award (not unpaid taxes)<br>☐ A6114  Petition/Certificate for Entry of Judgment on Unpaid Tax<br>☐ A6112  Other Enforcement of Judgment Case | 2., 9.<br>2., 6.<br>2., 9.<br>2., 8.<br>2., 8.<br>2., 8., 9. |
| Miscellaneous Civil Complaints | RICO (27) | ☐ A6033  Racketeering (RICO) Case | 1., 2., 8. |
| | Other Complaints (Not Specified Above) (42) | ☐ A6030  Declaratory Relief Only<br>☐ A6040  Injunctive Relief Only (not domestic/harassment)<br>☐ A6011  Other Commercial Complaint Case (non-tort/non-complex)<br>☐ A6000  Other Civil Complaint (non-tort/non-complex) | 1., 2., 8.<br>2., 8.<br>1., 2., 8.<br>1., 2., 8. |
| Miscellaneous Civil Petitions | Partnership Corporation Governance (21) | ☐ A6113  Partnership and Corporate Governance Case | 2., 8. |
| | Other Petitions (Not Specified Above) (43) | ☐ A6121  Civil Harassment<br>☐ A6123  Workplace Harassment<br>☐ A6124  Elder/Dependent Adult Abuse Case<br>☐ A6190  Election Contest<br>☐ A6110  Petition for Change of Name<br>☐ A6170  Petition for Relief from Late Claim Law<br>☐ A6100  Other Civil Petition | 2., 3., 9.<br>2., 3., 9.<br>2., 3., 9.<br>2.<br>2., 7.<br>2., 3., 4., 8.<br>2., 9. |

| SHORT TITLE: M.M. v. WALGREEN CO., etc., et al. | CASE NUMBER |
|---|---|

Item III. Statement of Location: Enter the address of the accident, party's residence or place of business, performance, or other circumstance indicated in Item II., Step 3 on Page 1, as the proper reason for filing in the court location you selected.

| REASON: Check the appropriate boxes for the numbers shown under Column C for the type of action that you have selected for this case.<br><br>☑1. ☑2. ☐3. ☐4. ☑5. ☐6. ☐7. ☐8. ☐9. ☐10. | ADDRESS:<br><br>535 Pacific Coast Highway |
|---|---|
| CITY: Redondo Beach | STATE: CA | ZIP CODE: 90277 | |

Item IV. *Declaration of Assignment:* I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that the above-entitled matter is properly filed for assignment to the __Stanley Mosk__ courthouse in the __Central__ District of the Superior Court of California, County of Los Angeles [Code Civ. Proc., § 392 et seq., and Local Rule 2.0, subds. (b), (c) and (d)].

Dated: August 7, 2015

(SIGNATURE OF ATTORNEY/FILING PARTY)

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.
2. If filing a Complaint, a completed Summons form for issuance by the Clerk.
3. Civil Case Cover Sheet, Judicial Council form CM-010.
4. Civil Case Cover Sheet Addendum and Statement of Location form, LACIV 109, LASC Approved 03-04 (Rev. 03/11).
5. Payment in full of the filing fee, unless fees have been waived.
6. A signed order appointing the Guardian ad Litem, Judicial Council form CIV-010, if the plaintiff or petitioner is a minor under 18 years of age will be required by Court in order to issue a summons.
7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case.



*Employment Background Reporting*

8/22/2014

Case #: 42031970

MILES MORRISON
518 EAST OAK AVE.
EL SEGUNDO, CA 90245          WGC

Dear MILES MORRISON:

Based in whole or in part on information contained in a recently obtained consumer report on you, Walgreens Co. has elected not to extend you an offer of employment. The information in the report that was previously sent to you was obtained from:

> General Information Services
> Disclosure Department
> P.O. Box 353
> Chapin, SC 29036
> Toll-free telephone no.: 1-866-265-4917
> Toll-free fax no.: 1-866-265-4921

GIS did not make the decision not to hire you, and is unable to provide you with specific reasons why you were not hired.

Please note that you were previously sent a copy of your report, A Summary of Your Rights under the Fair Credit Reporting Act and were provided the opportunity to dispute the accuracy or completeness of any information contained in the report with GIS before any adverse action was taken. You also have the right to obtain an additional free copy of the report within 60 days of your receipt of this letter by contacting General Information Services at the address or phone number above.

If you believe there is inaccurate information in your report, under the FCRA and state law, you also have the right to dispute the accuracy or completeness of any information in the report by contacting the consumer reporting agency above.

Massachusetts applicants or employees only (this section applies only if the report referenced above is a credit report): You have the right to obtain a free copy of your credit report within sixty days from the consumer credit reporting agency which has been identified on this notice. The consumer credit reporting agency must provide someone to help you interpret the information on your credit report. Each calendar year you are entitled to receive, upon request, one free consumer report. You have the right to dispute inaccurate information by contacting the consumer credit reporting agency directly. If you have notified a consumer credit reporting agency in writing that you dispute the accuracy of information in your file, the agency must then, within thirty business days, reinvestigate and modify or remove inaccurate information. The consumer credit reporting agency may not charge a fee for this service. If reinvestigation does not resolve the dispute to your satisfaction, you may send a letter to the consumer credit reporting agency, to be kept in your file, explaining why you think the record is inaccurate. The consumer credit reporting agency must include your statement about the disputed information in a report it issues about you.

California applicants or employees only (this section applies only if the report referenced above is a credit report): You have the right to obtain a free copy of your credit report within 60 days from the consumer credit reporting agency which has been identified on this notice and from any other consumer credit reporting agency which compiles and maintains files on consumers on a nationwide basis. Under California law, you also have the right to dispute with the consumer reporting agency the accuracy or completeness of any information in the report.

Thank you for considering employment with Walgreens Co..

Sincerely,

General Information Services on behalf of Walgreens Co.

Enc.: