MORGAN, LEWIS & BOCKIUS LLP
JOHN S. BATTENFELD, Bar No. 119513
jbattenfeld@morganlewis.com
KATHY H. GAO, Bar No. 259019
kgao@morganlewis.com
ALEXIS GABRIELSON, Bar No. 298738
agabrielson@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel:  +1.213.612.2500
Fax:  +1.213.612.2501

Attorneys for Defendant
WALGREEN CO.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.M., an individual,<br><br>            Plaintiff,<br><br>      v.<br><br>WALGREEN CO., a corporation; and DOES 1-100,<br><br>            Defendants. | Case No. 2:15-CV-8165<br><br>**DEFENDANT WALGREEN CO.'S NOTICE OF INTERESTED PARTIES** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 84969424.4

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, AND TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

The undersigned, counsel of record for Walgreen Co., certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. Defendant Walgreen Co.;
2. Walgreens Boots Alliance, Inc., the parent company of Walgreen Co.; and
3. Plaintiff "M.M."

Dated: October 16, 2015

MORGAN, LEWIS & BOCKIUS LLP

By /s/ John S. Battenfeld
John S. Battenfeld
Attorneys for Defendant
WALGREEN CO.

DB1/ 84969424.4

2