JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

M.M.

        Plaintiff,

v.

Walgreen Co. et al

        Defendants.

Case No.  CV 15-08165-AB (ASx)

ORDER DISMISSING CIVIL ACTION

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action, and this Order shall not prejudice any party to this action.

Dated:  June 30, 2016

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.